# EXHIBIT

# 15

The University of Chicago

Search…

# CPOST Chicago Project on Security and Terrorism

## Scholarship with Impact At the University of Chicago

Skip navigation
Toggle navigation

- About
- People
- Scholarship
- Conferences & Workshops
- Suicide Attack Database
- News
- Support CPOST

# Search Results

- Connect to the Suicide Attack Database
- Data Collection Methodology
- Explaining the Numbers

**Results are Filtered By:**

New Search

Year:2006-2016
CountryUnited States

- Summary
- Year
- Location
- Group
- Campaign
- Target Type
- Weapon
- Attacker

### General Statistics

| | |
|---|---|
| Total Attacks | 2 |
| Total Deaths | 1 |
| Total Wounded | 13 |
| Avg Deaths per Attack | 0.5 |
| Avg Wounded per Attack | 6.5 |

## Attack List

Download Data

| | Locations | Campaign | Attack Date | Deaths |
|---|---|---|---|---|
| View Details | United States | Isolated Attacks | 2010-02-18 | 1 |
| View Details | United States | Isolated Attacks | 2016-10-19 | 0 |

<< Previous Results More Results >>

Go to page 1 of 1 Show 10 ▼ attacks per page View

## Attacks by Year (show Attacks ▼)




## Attacks and Casualties by Year

Download Data

| Year | # Attacks | # Killed | # Wounded | Lethality |
|---|---|---|---|---|
| 2006 | 0 | 0 | 0 | 0.0 |
| 2007 | 0 | 0 | 0 | 0.0 |
| 2008 | 0 | 0 | 0 | 0.0 |
| 2009 | 0 | 0 | 0 | 0.0 |
| 2010 | 1 | 1 | 13 | 1.0 |
| 2011 | 0 | 0 | 0 | 0.0 |
| 2012 | 0 | 0 | 0 | 0.0 |
| 2013 | 0 | 0 | 0 | 0.0 |
| 2014 | 0 | 0 | 0 | 0.0 |
| 2015 | 0 | 0 | 0 | 0.0 |
| 2016 | 1 | 0 | 0 | 0.0 |

## Attacks by Location (show Attacks ▼)




## Attacks and Casualties by Location

Download Data

| Country | # Attacks | # Killed | # Wounded | Lethality |
|---|---|---|---|---|
| United States | 2 | 1 | 13 | 0.5 |

## Attacks by Group (show Attacks ▼)




## Attacks and Casualties by Group

Download Data

| Group | # Attacks | # Killed | # Wounded | Lethality |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0.0 |
| 1920 Revolution Brigade | 0 | 0 | 0 | 0.0 |
| Abdullah Azzam Brigades | 0 | 0 | 0 | 0.0 |
| Aden-Abyan Army | 0 | 0 | 0 | 0.0 |
| Ahrar ash-Sham | 0 | 0 | 0 | 0.0 |
| Ahrar ul-Hind | 0 | 0 | 0 | 0.0 |
| Aisha Umm-al Mouemeneen | 0 | 0 | 0 | 0.0 |
| Ajnad al-Sham | 0 | 0 | 0 | 0.0 |
| Al Madina Regiment | 0 | 0 | 0 | 0.0 |
| Al-Aqsa Martyrs Brigade | 0 | 0 | 0 | 0.0 |
| Al-Haramayn Brigades | 0 | 0 | 0 | 0.0 |
| Al-Jaysh al-Islami li Tahrir al Amaken al Muqaddasa | 0 | 0 | 0 | 0.0 |
| Al-Majlis al-Waṭanī as-Sūri | 0 | 0 | 0 | 0.0 |
| Al-Mourabitoun | 0 | 0 | 0 | 0.0 |
| Al-Qaeda Central | 0 | 0 | 0 | 0.0 |
| Al-Qaeda in Iraq | 0 | 0 | 0 | 0.0 |
| Al-Qaeda in the Arabian Peninsula | 0 | 0 | 0 | 0.0 |
| Al-Qaeda in the Land of the Islamic Maghreb | 0 | 0 | 0 | 0.0 |
| al-Qanoon | 0 | 0 | 0 | 0.0 |
| Al-Shabaab | 0 | 0 | 0 | 0.0 |
| Amal | 0 | 0 | 0 | 0.0 |
| Amjad Farooqi Group | 0 | 0 | 0 | 0.0 |
| Ansar al-Islam | 0 | 0 | 0 | 0.0 |
| Ansar al-Mujahedin | 0 | 0 | 0 | 0.0 |

| | | | | |
|---|---|---|---|---|
| Ansar al-Sharia | 0 | 0 | 0 | 0.0 |
| Ansar al-Sunna | 0 | 0 | 0 | 0.0 |
| Ansar Beit al-Maqdis | 0 | 0 | 0 | 0.0 |
| Arab Egyptian League | 0 | 0 | 0 | 0.0 |
| Arab Resistance Movement - Al-Rashid Brigades | 0 | 0 | 0 | 0.0 |
| Arab Socialist Ba'ath Party - Lebanon | 0 | 0 | 0 | 0.0 |
| Armed Struggle Group | 0 | 0 | 0 | 0.0 |
| Army of Palestine | 0 | 0 | 0 | 0.0 |
| Assirat al-Moustaqim | 0 | 0 | 0 | 0.0 |
| Babbar Khalsa International | 0 | 0 | 0 | 0.0 |
| Believing Youth Group | 0 | 0 | 0 | 0.0 |
| Benghazi Revolutionaries Shura Council | 0 | 0 | 0 | 0.0 |
| Boko Haram | 0 | 0 | 0 | 0.0 |
| Caucasus Emirate | 0 | 0 | 0 | 0.0 |
| Chechen Republic of Ichkeria | 0 | 0 | 0 | 0.0 |
| Chechen Separatists | 0 | 0 | 0 | 0.0 |
| East Turkistan Islamic Movement | 0 | 0 | 0 | 0.0 |
| Egyptian Islamic Jihad | 0 | 0 | 0 | 0.0 |
| Fatah al-Islam | 0 | 0 | 0 | 0.0 |
| Free Sunni Brigade | 0 | 0 | 0 | 0.0 |
| Free Syrian Army | 0 | 0 | 0 | 0.0 |
| Gakayev Group | 0 | 0 | 0 | 0.0 |
| Gatia Pro-Government Militia | 0 | 0 | 0 | 0.0 |
| Gazotan Murdash group | 0 | 0 | 0 | 0.0 |
| Great Eastern Raiders Front | 0 | 0 | 0 | 0.0 |
| HAMAS | 0 | 0 | 0 | 0.0 |
| Haqqani Network | 0 | 0 | 0 | 0.0 |
| Harakat ul-Mujahidin | 0 | 0 | 0 | 0.0 |
| Hezbollah | 0 | 0 | 0 | 0.0 |
| Hizb-i-Islami | 0 | 0 | 0 | 0.0 |
| Hizbal Islam in Somalia | 0 | 0 | 0 | 0.0 |
| Hizbul Mujahedin | 0 | 0 | 0 | 0.0 |
| Iraqi Government | 0 | 0 | 0 | 0.0 |
| Islambouli Brigades of Al Qaeda | 0 | 0 | 0 | 0.0 |
| Islamic Amal | 0 | 0 | 0 | 0.0 |
| Islamic Army in Iraq | 0 | 0 | 0 | 0.0 |
| Islamic Front (Syria) | 0 | 0 | 0 | 0.0 |
| Islamic Jihadist Union | 0 | 0 | 0 | 0.0 |
| Islamic Movement of Uzbekistan | 0 | 0 | 0 | 0.0 |
| Islamic Pride Brigades in the Land of the Nile | 0 | 0 | 0 | 0.0 |
| Islamic Resistance | 0 | 0 | 0 | 0.0 |
| Islamic State | 0 | 0 | 0 | 0.0 |
| Islamic State - Hijaz Province | 0 | 0 | 0 | 0.0 |
| Islamic State of Iraq | 0 | 0 | 0 | 0.0 |
| Islamic State of Iraq and Syria | 0 | 0 | 0 | 0.0 |
| Islamic Unity Brigades | 0 | 0 | 0 | 0.0 |
| Jabhat an-Nuṣrah li-Ahl ash-Shām | 0 | 0 | 0 | 0.0 |
| Jaish al-Fatah | 0 | 0 | 0 | 0.0 |
| Jaish Ansar al-Sunnah | 0 | 0 | 0 | 0.0 |
| Jaish-e-Muhammad | 0 | 0 | 0 | 0.0 |
| Jama'at Al-Tawhid Wa'al-Jihad | 0 | 0 | 0 | 0.0 |
| Jamaa Al-Islamiya Al-Alamiya | 0 | 0 | 0 | 0.0 |
| Jamaat Ansarullah | 0 | 0 | 0 | 0.0 |
| Jamaat-ul-Ahrar | 0 | 0 | 0 | 0.0 |

| | | | | |
|---|---|---|---|---|
| Jamaatul Mujahideen Bangladesh | 0 | 0 | 0 | 0.0 |
| Jemaah Islamiya | 0 | 0 | 0 | 0.0 |
| Jihad Islami | 0 | 0 | 0 | 0.0 |
| Jund al-Islam | 0 | 0 | 0 | 0.0 |
| Jund al-Sham | 0 | 0 | 0 | 0.0 |
| Jundullah (Iran) | 0 | 0 | 0 | 0.0 |
| Jundullah (Pakistan) | 0 | 0 | 0 | 0.0 |
| Kamtapur Liberation Organization | 0 | 0 | 0 | 0.0 |
| Karwan-e Naimatullah | 0 | 0 | 0 | 0.0 |
| Khalid ibn al-Walid Army | 0 | 0 | 0 | 0.0 |
| Kurdistan Freedom Falcons | 0 | 0 | 0 | 0.0 |
| Kurdistan Freedom Falcons | 0 | 0 | 0 | 0.0 |
| Kurdistan Workers Party | 0 | 0 | 0 | 0.0 |
| Lashkar-e Islam | 0 | 0 | 0 | 0.0 |
| Lashkar-e Jhangvi Al-almi | 0 | 0 | 0 | 0.0 |
| Lashkar-e Taiba | 0 | 0 | 0 | 0.0 |
| Lashkar-e-Jhangvi | 0 | 0 | 0 | 0.0 |
| Lebanese Communist Party | 0 | 0 | 0 | 0.0 |
| Lebanese Islamic Jihad (Hezbollah) | 0 | 0 | 0 | 0.0 |
| Lebanese National Resistance Front | 0 | 0 | 0 | 0.0 |
| Liberation Tigers of Tamil Eelam | 0 | 0 | 0 | 0.0 |
| Liwa Ahrar al-Sunna | 0 | 0 | 0 | 0.0 |
| Movement for the Oneness and Jihad in West Africa | 0 | 0 | 0 | 0.0 |
| Mujahedi Masr | 0 | 0 | 0 | 0.0 |
| Mujahideen Shura Council | 0 | 0 | 0 | 0.0 |
| Mujahideen Youth Movement | 0 | 0 | 0 | 0.0 |
| Mujahidin Indonesia Timur | 0 | 0 | 0 | 0.0 |
| Muslim Brotherhood | 0 | 0 | 0 | 0.0 |
| Nusra and Jihad Group in Greater Syria | 0 | 0 | 0 | 0.0 |
| Palestinian Islamic Jihad | 0 | 0 | 0 | 0.0 |
| Partisans of the Sunni | 0 | 0 | 0 | 0.0 |
| Popular Front for the Liberation of Palestine | 0 | 0 | 0 | 0.0 |
| Popular Resistance Committees | 0 | 0 | 0 | 0.0 |
| Revolutionary People's Liberation Party/Front | 0 | 0 | 0 | 0.0 |
| Riyadus Salikhiin | 0 | 0 | 0 | 0.0 |
| Sergokala Bandit Group (Abdu-Salam) | 0 | 0 | 0 | 0.0 |
| Shumukh al-Islam | 0 | 0 | 0 | 0.0 |
| Shura Council of Benghazi Revolutionaries | 0 | 0 | 0 | 0.0 |
| Soldiers of the Prophet's Companions Group | 0 | 0 | 0 | 0.0 |
| Suqour al-Sham | 0 | 0 | 0 | 0.0 |
| Syrian Social Nationalist Party | 0 | 0 | 0 | 0.0 |
| Syrian Tawhid and Jihad | 0 | 0 | 0 | 0.0 |
| Tajamo Ansar al Islam | 0 | 0 | 0 | 0.0 |
| Taliban (IEA) | 0 | 0 | 0 | 0.0 |
| Taliban (Pakistan) | 0 | 0 | 0 | 0.0 |
| Tehrik-i-Taliban Pakistan | 0 | 0 | 0 | 0.0 |
| Teyrêbazên Azadiya Kurdistan | 0 | 0 | 0 | 0.0 |
| Turkistan Islamic Party | 0 | 0 | 0 | 0.0 |
| Unknown Group | 2 | 1 | 13 | 0.5 |
| Vanguard of Arab Christians | 0 | 0 | 0 | 0.0 |
| Yekineyen Parastina Gel | 0 | 0 | 0 | 0.0 |

## Attacks by Campaign (show Attacks ▼)




## Attacks and Casualties by Campaign

Download Data

| Campaign | # Attacks | # Killed | # Wounded | Lethality |
|---|---|---|---|---|
| | 0 | 0 | 0 | 0.0 |
| Afghan Rebels vs. U.S. & Allies | 0 | 0 | 0 | 0.0 |
| Al Qaeda vs. U.S. & Allies | 0 | 0 | 0 | 0.0 |
| Al-Qaida in Islamic North Africa | 0 | 0 | 0 | 0.0 |
| BKI vs. India | 0 | 0 | 0 | 0.0 |
| Chechen Separatists vs. Russia | 0 | 0 | 0 | 0.0 |
| Egyptian Rebels | 0 | 0 | 0 | 0.0 |
| Hezbollah vs. Israel | 0 | 0 | 0 | 0.0 |
| Hezbollah vs. U.S. & France | 0 | 0 | 0 | 0.0 |
| Indonesian Rebels vs. Indonesian Government & Allies | 0 | 0 | 0 | 0.0 |
| Iraqi Rebels vs. Iraqi Government & Allies | 0 | 0 | 0 | 0.0 |
| Iraqi Rebels vs. U.S. & Allies | 0 | 0 | 0 | 0.0 |
| Isolated Attacks | 2 | 1 | 13 | 0.5 |
| Jundullah vs. Iran | 0 | 0 | 0 | 0.0 |
| Kashmiri Rebels vs. India | 0 | 0 | 0 | 0.0 |
| Libyan Rebels | 0 | 0 | 0 | 0.0 |
| LTTE vs. Sri Lanka & India | 0 | 0 | 0 | 0.0 |
| Not Assigned | 0 | 0 | 0 | 0.0 |
| Pakistani Rebels vs. Pakistan & U.S. Allies | 0 | 0 | 0 | 0.0 |
| Palestinian Resistance vs. Israel | 0 | 0 | 0 | 0.0 |
| PKK vs. Turkey | 0 | 0 | 0 | 0.0 |
| Rebels vs. Government of Mali & Allies | 0 | 0 | 0 | 0.0 |
| Rebels vs. Nigeria & Allies | 0 | 0 | 0 | 0.0 |
| Rebels vs. Saudi Arabia | 0 | 0 | 0 | 0.0 |
| Rebels vs. Syria & Allies | 0 | 0 | 0 | 0.0 |
| Rebels vs. Yemen | 0 | 0 | 0 | 0.0 |
| Russian Separatists vs. Ukraine | 0 | 0 | 0 | 0.0 |
| Somali Rebels vs. Ethiopia & Allies | 0 | 0 | 0 | 0.0 |
| Uzbek Rebels vs. U.S. | 0 | 0 | 0 | 0.0 |
| Xinjiang Rebels vs. Chinese Government | 0 | 0 | 0 | 0.0 |

## Attacks by Target Type










## Attacks and Casualties by Target Type

Download Data

| Target Type | # Attacks | # Killed | # Wounded | Lethality |
|---|---|---|---|---|
| Security | 0 | 0 | 0 | 0.0 |
| Political | 1 | 1 | 13 | 1.0 |
| Civilian | 1 | 0 | 0 | 0.0 |
| Other | 0 | 0 | 0 | 0.0 |
| Unknown | 0 | 0 | 0 | 0.0 |

## Attacks and Fatalities by Weapon










## Attacks and Casualties by Weapon

Download Data

| Weapon | # Attacks | # Killed | # Wounded | Lethality |
|---|---|---|---|---|
| Airplane | 1 | 1 | 13 | 1.0 |
| Belt Bomb | 0 | 0 | 0 | 0.0 |
| Car Bomb | 0 | 0 | 0 | 0.0 |
| Other | 0 | 0 | 0 | 0.0 |
| Unknown | 0 | 0 | 0 | 0.0 |

## Attackers and Fatalities by Gender

Please note, the results include all attacks in which attackers of the selected gender were involved -- attacks committed by multiple attackers of both genders (or "unknown") will result in multiple genders being reported, not just those that have been selected.







### Attackers, Attacks and Casualties Gender

Download Data

| Gender | # Attackers | # Attacks | # Killed | # Wounded |
|---|---|---|---|---|
| Male | 2 | 2 | 1 | 13 |

### Attackers, Attacks and Casualties by Religion

Download Data

| Religion | # Attackers | # Attacks | # Killed | # Wounded |
|---|---|---|---|---|
| Unknown | 2 | 2 | 1 | 13 |

### Attackers, Attacks and Casualties by Occupation

Download Data

| Occupation | # Attackers | # Attacks | # Killed | # Wounded |
|---|---|---|---|---|
| Skilled | 1 | 1 | 1 | 13 |
| Unknown | 1 | 1 | 0 | 0 |

### Attackers, Attacks and Casualties by Education

Download Data

| Education | # Attackers | # Attacks | # Killed | # Wounded |
|---|---|---|---|---|
| Secondary | 1 | 1 | 1 | 13 |
| Unknown | 1 | 1 | 0 | 0 |

CPOST data posted as of October 12, 2016

## □Connect to the Suicide Attack Database

The CPOST Suicide Attack Database comprises the most complete and comprehensive list of suicide attacks since 1980. We are proud to make this information available to the public.

Connect Now ▹
The University of Chicago

*© 2014 The University of Chicago*

***Pick Hall Suite 418***
***Department of Political Science***
*5828 S. University Avenue*
*Chicago, Illinois 60637*

- Home
- About Us
- People
- Scholarship

- Conferences & Workshops
- Suicide Attack Database
- News
- Videos

- Get Email Updates
- CPOST Youtube

Support CPOST