# EXHIBIT
# 16

# CIVIL CODE

*of*

THE

**REPUBLIC**

*of*

**AFGHANISTAN**

TRANSLATION
PRODUCED
*by*
*Afghanistan*
*Legal Education*
*Project*

# Civil Code of the Republic of Afghanistan

# Introductory Title

## Chapter 1 — Application of the Law

### Section 1 — Law and Rights

#### Topic 1 — Scope of Application of the Law

**Article 1:**

(1) Ijtihad shall not be permissible in the cases where provisions of law exist. Provisions of this Law shall be applicable based on its words and spirit.

(2) In cases no provision of law exists, courts shall decide in accordance with general principles of Hanafi Jurisprudence of Islamic Sharia in order to secure justice in the best possible way.

**Article 2:**

Where neither do provisions of law exist, nor any ruling is found among principles of Hanafi Jurisprudence of Islamic Sharia, courts shall decide according to common custom, provided that the custom does not contradict provisions of law or principles of justice.

**Article 3:**

(1) Whatever is proven by time remains valid until a contrary reason is found.

(2) No provision of law shall be abrogated or amended except by a subsequent law expressly ordering to those effects.

#### Topic 2 — Exercise of Rights

**Article 4:**

A person who resorts to obtain a right before its due time, he shall be condemned to deprivation of that right.

**Article 5:**

State of emergency does not invalidate rights of another.

**Article 6:**

Loss shall not be compensated by reciprocal same action.

**Article 7:**

Repelling evils have priority over securing benefit.