AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Winston Tyler Hencely | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.    6:19-cv-00489-BHH |
| Fluor Corporation; Fluor Enterprises, Inc.; Fluor Intercontinental, Inc.; Fluor Government Group International, Inc. | ) ) ) | |
| *Defendant* | | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

■  other:  partial judgment on the pleadings  is hereby granted on behalf of the defendants Fluor Corporation; Fluor Enterprises, Inc.; Fluor Intercontinental, Inc.; Fluor Government Group International, Inc and the case is dismissed in toto.

This action was *(check one)*:

■ decided by the Honorable Bruce H. Hendricks.

Date:    August 13, 2021

*CLERK OF COURT*

s/Angela Lewis, Deputy Clerk
*Signature of Clerk or Deputy Clerk*