IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF SOUTH CAROLINA GREENVILLE DIVISION

| | |
|---|---|
| WINSTON TYLER HENCELY, ) | |
| ) | |
| Plaintiff, ) | Case No. 6:19-CV-00489-BHH |
| ) | |
| v. ) | |
| ) | |
| FLUOR CORPORATION, ) | |
| FLUOR ENTERPRISES, INC., ) | |
| FLUOR INTERCONTINENTAL, INC., ) | |
| FLUOR GOVERNMENT GROUP ) | |
| INTERNATIONAL, INC., ) | |
| ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF APPEAL

Notice is hereby given that Plaintiff Winston Hencely appeals to the United States Court of Appeals for the Fourth Circuit the District Court's Orders of June 8, 2021 (Dkt. No. 162) (denying Plaintiff's motion in limine); August 11, 2021 (Dkt. No. 176) (granting Fluor's motion for summary judgment); August 13, 2021 (Dkt. No. 177) (granting Fluor's motion for partial judgment on the pleadings); and the August 13, 2021 Judgment (Dkt. No. 178).

Respectfully submitted this 8th day of September, 2021.

s/ *Beattie B. Ashmore*
BEATTIE B. ASHMORE, #5215
Beattie@BeattieAshmore.com
BEATTIE B. ASHMORE, P.A.
650 E. Washington Street
Greenville, S.C. 29601
T:  (864) 467-1001     F:  (864) 672-1406

JAMES E. BUTLER, JR.
Georgia Bar No. 099625
Jim@butlerwooten.com

ROBERT H. SNYDER
Georgia Bar No. 404522
Rob@butlerwooten.com
DANIEL E. PHILYAW
Georgia Bar No. 877765
dan@butlerwooten.com
BUTLER WOOTEN & PEAK LLP
2719 Buford Highway
Atlanta, GA 30324
T:  (404) 321-1800     F:  (404) 321-2962

W. ANDREW BOWEN, #10510
Andrew@BowenPainter.com
PAUL PAINTER, III
Georgia Bar No. 520965
BOWEN PAINTER, LLC
215 W. York Street
P.O. Box 8966 (31412)
Savannah, GA 31401
T:  (912)335-1909       F:   (912)335-3537


D. JOSEV BREWER #9188
Joe@JoeBrewerlaw.com
The Law Office of D. Josev Brewer
650 E. Washington Street
Greenville, SC 29601
T:  (864)383-5250

ATTORNEYS FOR PLAINTIFF

2

## CERTIFICATE OF SERVICE

I do hereby certify that I have this date served all counsel of record in the within matter with a copy of the above pleading by sending via electronic mail addressed as follows:

| | |
|---|---|
| DARRELL L. BARGER<br>dbarger@hdbdlaw.com<br>HARTLIN BARGER LLP<br>1980 Post Oak Blvd.<br>Suite 1800<br>Houston, TX 77056<br>T: (713) 759-1990    F: (713) 652-2419<br><br>J. REID SIMPSON<br>rsimpson@hdbdlaw.com<br>HARTLIN BARGER, LLP<br>800 N. Shoreline Blvd.<br>Suite 2000, North Tower<br>Corpus Christi, TX 78401<br>T:  (361) 866-8000  F:  (361) 866-8037 | WILLIAM W. WILKINS, #4662<br>BWilkins@nexsenpruet.com<br>ANDREW A. MATHIAS, #10166<br>AMathias@nexsenpruet.com<br>KONSTANTINE P. DIAMADUROS, #12668<br>KDiamaduros@nexsenpruet.com<br> NEXSEN PRUET, LLC<br>55 E. Camperdown Way, Suite 400 (29601)<br>Post Office Box 10648<br>Greenville, SC 29603-0648<br>T:  (864) 370-2211    F: (864) 282-1177 |

This 8th day of September, 2021.

BEATTIE B. ASHMORE, P.A.

*s/ Beattie B. Ashmore*
BEATTIE B. ASHMORE, #5215
Beattie@BeattieAshmore.com

650 E. Washington Street
Greenville, SC 29601
T:  (864) 467-1001    F:  (864) 672-1406

3