FILED: December 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 21-1994
(6:19-cv-00489-BHH)

———————————

WINSTON TYLER HENCELY

        Plaintiff - Appellant

v.

FLUOR CORPORATION; FLUOR ENTERPRISES, INC.; FLUOR
INTERCONTINENTAL, INC.; FLUOR GOVERNMENT GROUP
INTERNATIONAL, INC.

        Defendants - Appellees

———————————

M A N D A T E

———————————

The judgment of this court, entered October 30, 2024, takes effect today.

This constitutes the formal mandate of this court issued pursuant to Rule

41(a) of the Federal Rules of Appellate Procedure.

*/s/Nwamaka Anowi, Clerk*