**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**GREENVILLE DIVISION**

| | |
|---|---|
| Winston Tyler Hencely,<br><br>Plaintiff,<br><br>v.<br><br>Fluor Corporation; Fluor Enterprises, Inc.; Fluor Intercontinental, Inc.; Fluor Government Group International, Inc.<br><br>Defendants. | Civil Action No. 6:19-cv-00489-BHH |

**DEFENDANTS' RENEWED MOTION FOR JUDGMENT ON THE PLEADINGS**

Defendants Fluor Corporation, Fluor Enterprises, Inc., Fluor Intercontinental, Inc., and Fluor Government Group International, Inc. (collectively, "Fluor"), by and through their undersigned counsel and pursuant to Federal Rule of Civil Procedure 12(c), hereby file a renewed motion for judgment on the pleadings ("Motion"). This Motion is made on the grounds that this case cannot be fairly litigated without critical classified information that the United States has refused to disclose because of the risk of harm to national security and foreign policy interests. *See El-Masri v. United States*, 479 F.3d 296, 313 (4th Cir. 2007); *Sterling v. Tenet*, 416 F.3d 338, 348 (4th Cir. 2005). The Court previously considered this issue but elected not to resolve Fluor's motion because it dismissed the suit on alternative grounds. *See* ECF 176 at 7-8 n.8 ("[W]ere this case to continue in the absence of preemption, the withholding of classified information central to material questions of causation would present a major hurdle, if not a prohibitive event, to the resolution of this matter on the merits."). Since that time, several developments have amplified and clarified that there is no path forward to fair litigation of this suit.

This Motion is supported by the applicable law, the pleadings in this action, and the memorandum filed in support and served herewith.

Respectfully submitted,

s/ *Andrew A. Mathias*
Andrew A. Mathias (Fed. Bar No. 10166)
Konstantine P. Diamaduros (Fed. Bar No. 12368)
MAYNARD NEXSEN PC
104 South Main Street, Suite 900 (29601)
P.O. Box 10648
Greenville, SC 29603-0648
Telephone: (864) 370-2211
AMathias@maynardnexsen.com
KDiamaduros@maynardnexsen.com

Mark C. Moore
MAYNARD NEXSEN PC
1230 Main Street, Suite 700
Columbia, SC 29201
Telephone: 803.540.2146
MMoore@maynardnexsen.com

Harold Watson Gowdy, III (Fed Bar No. 5675)
Trey Gowdy Law Firm, LLC
PO Box 3324
Spartanburg, SC 29304
Telephone: (864) 373-2251
treygowdy89@gmail.com

Raymond B. Biagini (*admitted pro hac vice*)
Daniel L. Russell Jr. (*admitted pro hac vice*)
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
Telephone: (202) 662-6000
RBiagini@cov.com
DRussell@cov.com

*Counsel for Fluor*

September 4, 2026
Greenville, South Carolina